# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

FREDRICK ALLEN ELLIS,           :
:
        Plaintiff,               :
:
v.                               :        CIVIL ACTION NO.: CV508-013
:
PIERCE COUNTY, GEORGIA;          :
RICHARD KING, Sheriff; Deputy    :
Cpl. FNUK HARRIS, and JOE        :
LNUK, Jailer,                    :
:
        Defendants.              :

## O R D E R

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report in which he recommended that Plaintiff's claims against Defendant Pierce County be dismissed. In reaching this recommendation, the Magistrate Judge concluded Plaintiff failed to identify a policy or custom instituted by Pierce County which caused the injuries Plaintiff alleges to have suffered.

Plaintiff's Objections are without merit, as he fails to identify any particular custom or policy on the part of Pierce County which led to the alleged violations of Plaintiff's constitutional rights. The Report and Recommendation is adopted as the

AO 72A
(Rev. 8/82)

opinion of the Court.    Plaintiff's claims against Defendant Pierce County are

**DISMISSED.**

      **SO ORDERED**, this *21st* day of _____APRIL_____, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA