2009 SEP 28 AM 11: 17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FREDRICK ALLEN ELLIS,

    Plaintiff,

v.

RICHARD KING, Sheriff; Deputy
Cpl. VANIECE HARRIS, and JOE
EADDY, Jailer,

    Defendants.

CIVIL ACTION NO.: CV508-013

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In their Objections, Defendants assert that the alleged conditions of Plaintiff's cell did not fall below the minimal civilized measure of life's necessities, either alone or in conjunction. Defendants contend that Plaintiff presented no evidence regarding the length or frequency of his alleged lack of toilet paper. Defendants further contend that the temporary lack of toilet paper does not amount to the deprivation of a constitutional right. Defendants assert that Plaintiff has produced no evidence of harm or injury resulting from the alleged lack of toilet paper. Defendants contend that Plaintiff's alleged lack of shower access is not a viable claim because he typically took a shower

every three to four days and there were only several times that he had to wait two weeks before showering. Defendants assert that the conditions of Plaintiff's cell were not unconstitutional, even if he had no hot water in his cell, slept on a mat, lacked "normal entertainment", was "cussed out" by Defendant Eaddy, and was served food by an inmate who allegedly assaulted him. (Doc. No. 138, pp. 1-9).

Plaintiff also filed an Objection to the Magistrate Judge's Report and Recommendation. In Plaintiff's Objection, he contends that the statute of limitations could not start until he was released in May of 2006. Plaintiff further contends that he recently arrived at the Pierce County Jail and the medical treatment noted by the Magistrate Judge was from a prior detention. Plaintiff asserts that he was clearly suicidal. Plaintiff further asserts that the drug test he was given did not test for the drugs on which he overdosed. Plaintiff contends that Defendants failed to produce various pieces of evidence and demands that the Court force Defendant King to turn over all exculpatory evidence. Plaintiff also extends an "updated offer", in which he offers to waive a jury trial if Defendants agree to allow the Court to make a ruling based on the on-hand information. (Doc. No. 145, pp. 1-5).

Defendants' contentions are, for the most part, merely reassertions of the contentions found in their Motion for Summary Judgment and are without merit. However, the Court will address Defendants' contention that Plaintiff produced no evidence of harm that resulted from the allegedly unconstitutional conditions of his cell. In Chandler v. Baird, 926 F.2d 1057, (11th Cir. 1991), the court held that an inmate preserved the issue of harm by testifying about sleeping in "real cold temperatures" and stating that he was depressed from his stay in administrative segregation. In the case

sub judice, Plaintiff testified at his deposition that "it got so bad in my abuse that I had mental breakdowns in the Pierce County Jail. I tried to commit suicide repeatedly." (Doc. No. 117, p. 19). Plaintiff further stated that "[t]hey put me back in the same cell that I had been in for almost a year and a half knowing that I was going to commit suicide." (Id. at 50). While Plaintiff never directly addressed the issue of the harm caused by the poor conditions of his cell, he preserved the issue of harm similarly to the plaintiff in Chandler. Plaintiff's contentions are also without merit, as they are merely reassertions of the contentions found in his Response to Defendants' Motion for Summary Judgment.

Accordingly, the Report and Recommendation of the Magistrate Judge, as supplemented herein, is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment (Doc. No. 116) is **GRANTED**, in part, and **DENIED**, in part. Plaintiff's claims against Defendants King, Harris, and Eaddy arising out of the conditions of his cell remain pending. All other claims are **DISMISSED**.

SO ORDERED, this 28th day of SEPTEMBER, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA